IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-1018 (CFC) (MPT) |
| FORTINET, INC., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT FORTINET'S MOTION TO DISMISS
UNDER RULE 12(b)(1) AND THE DOCTRINE OF *FORUM NON CONVENIENS***

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and the doctrine of *forum non conveniens*, Defendant Fortinet, Inc. hereby moves the Court for an Order dismissing all claims asserted by Plaintiffs British Telecommunications plc ("BT plc") and BT Americas, Inc. ("BT Inc.") (collectively, "BT"). The primary basis for Fortinet's motion is that it and BT are parties to a written contract that contains a mandatory, exclusive forum-selection clause that forbids either side from asserting claims anywhere but the courts of England.

The grounds for this motion are set forth more fully in the accompanying Opening Brief and materials and information cited therein.

|  |  |
|---|---|
| OF COUNSEL:<br><br>John (Jay) Neukom<br>James Y. Pak<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP<br>525 University Avenue, Suite 1400<br>Palo Alto, CA  94301<br>(650) 470-4500<br><br>October 1, 2018 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br><br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 18-1018 (CFC) (MPT) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING FORTINET'S MOTION TO DISMISS UNDER RULE 12(b)(1) AND THE DOCTRINE OF *FORUM NON CONVENIENS***

Currently before the Court is Defendant Fortinet Inc.'s Motion to Dismiss Under Rule 12(b)(1) and the Doctrine of *Forum Non Conveniens*. Having carefully considered the submissions by the parties, the Court finds that good cause exists for the relief requested.

Accordingly:

**IT IS HEREBY ORDERED** that Defendant Fortinet Inc.'s Motion to Dismiss the Complaint Under Rule 12(b)(1) and the Doctrine of *Forum Non Conveniens* is **GRANTED** in its entirety. Counts I, II, III, IV, and V of the Complaint are hereby dismissed.

**IT IS SO ORDERED**.

Dated: _____    _____
                                                                                Hon. Colm F. Connolly
                                                                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 1, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James H. Shalek, Esquire<br>Baldassare Vinti, Esquire<br>Nolan M. Goldberg, Esquire<br>Fabio E. Tarud, Esquire<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)