IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORTINET INC.,<br><br>Defendant. | Civ. No. 18-1018-CFC-MPT |

**ORDER**

In Wilmington, this 5th day of December 2019:

IT IS HEREBY ORDERED, for the reasons stated in the Memorandum Opinion filed on this date, that:

1. The Magistrate Judge's recommendation that the Court deny Defendant's motion to dismiss (D.I. 32) is ADOPTED;

2. Defendant's objections to the Report and Recommendation (D.I. 36) are OVERRULED; and

3. Defendant's Motion to Dismiss under Rule 12(b)(1) and The Doctrine of

*Forum Non Conveniens* (D.I. 9) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

2