IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civ. No. 18-1018-CFC/MPT ) ) ) ) ) |

## ORDER

Having considered the parties' briefing filed in support of and opposition to Defendant Fortinet, Inc.'s Motion for Certification and Stay Pursuant to 28 U.S.C. § 1292(b) (D.I. 46); and

Having determined that an interlocutory appeal would not materially advance the ultimate termination of this litigation;

IT IS HEREBY ORDERED in Wilmington this Fourth day of February 2020 that Defendant's motion (D.I. 46) is DENIED.

United States District Judge