# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C. A. No.18-1018-CFC-MPT <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 13, 2020, a true and correct copy of the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS' IDENTIFICATION OF ACCUSED PRODUCTS PURSUANT TO PARAGRAPH 4(a) OF THE DEFAULT STANDARD FOR DISCOVERY

## BY EMAIL

Jack B. Blumenfeld, Esq.
Brian P. Egan, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Counsel for Defendant*

John (Jay) Neukom, Esq.
James Y. Pak, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
john.neukom@skadden.com
james.pak@skadden.com

*Co-counsel for Defendant*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James H. Shalek<br>Baldassare Vinti<br>Nolan M. Goldberg<br>Stephanie A. Diehl<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>(212) 969-3000 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| Dated: April 13, 2020<br>6654646 | *Attorneys for Plaintiffs British Telecommunications plc and BT Americas, Inc.* |