# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No.18-1018-CFC-MPT |
| v. | ) ) | |
| FORTINET, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Defendant Fortinet, Inc. has requested a one-week extension within which to exchange the list of claim terms currently because it plans to change counsel; and

WHEREAS, Plaintiffs British Telecommunications PLC and BT Americas, Inc. agreed to this extension provided that the deadlines on immediately surrounding dates are adjusted and the date for the Markman Hearing, as well as all subsequent dates, remain unchanged.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the case schedule is amended as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Service of the Initial Infringement Contentions | June 22, 2020 | June 29, 2020 |
| Exchange List of Claim Terms | July 2, 2020 | July 9, 2020 |
| Joint Claim Construction Chart | July 17, 2020 | July 24, 2020 |
| Opening Claim Construction Brief (Plaintiff) | August 14, 2020 | August 21, 2020 |

The remaining dates in the schedule, including the Markman Hearing date remain the same.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Plaintiffs*

Dated: June 18, 2020
6769766

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Brian P. Egan*
    Jack B. Blumenfeld (#1014)
    Brian P. Egan (#6227)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    began@mnat.com

*Attorneys for Defendant*

SO ORDERED this _____ day of June 2020.

_____
UNITED STATES MAGISTRATE JUDGE