IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) |
|---|---|
| Plaintiffs, | ) ) ) |
| v. | ) C. A. No.18-1018 (CFC) (MPT) ) |
| FORTINET, INC., | ) ) |
| Defendant. | ) |

# STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the case schedule is amended as follows:

| EVENT | DATE SET FORTH IN SCHEDULING ORDER (D.I. 138) | NEW DATE |
|---|---|---|
| Motions for Leave to Assert Inequitable Conduct | August 26, 2021 | December 10, 2021 |
| Final Infringement Contentions | 30 days after close of objection period to Magistrate Judge's Claim Construction R&R if no objections filed or, if objections filed, 30 days after the Court's completion of ruling on objections. Plaintiff reserves the right to amend its Final Infringement Contentions | January 10, 2022 |

| EVENT | DATE SET FORTH IN SCHEDULING ORDER (D.I. 138) | NEW DATE |
|---|---|---|
| | should defendant fail to complete its technical document production at least 90 days in advance of this due date. | |
| Final Invalidity Contentions | 45 days after close of objection period to Magistrate Judge's Claim Construction R&R if no objections filed or, if objections filed, 45 days after the Court's completion of ruling on objections | February 7, 2022 |
| Fact Discovery Cutoff | October 29, 2021 | March 8, 2022 |
| Opening Expert Reports | December 10, 2021 | April 22, 2022 |
| Rebuttal Expert Reports | January 27, 2022 | June 10, 2022 |
| Reply Expert Reports | February 24, 2022 | July 7, 2022 |
| Completion of Expert Discovery | March 31, 2022 | August 12, 2022 |
| Objections to Expert Testimony | April 22, 2022 | September 2, 2022 |
| Case Dispositive Motions | April 22, 2022 | September 2, 2022 |
| Parties Serve List of Fact Witnesses | 30 days following close of expert discovery | 30 days following close of expert discovery, or September 12, 2022 |
| Parties Serve List of Rebuttal Fact Witnesses | Within 30 days of Exchange of Fact Witness List | Within 30 days of Exchange of Fact Witness List, or October 12, 2022 |

| EVENT | DATE SET FORTH IN SCHEDULING ORDER (D.I. 138) | NEW DATE |
|---|---|---|
| Depositions of any newly disclosed Fact Witnesses | Within 30 days of Exchange of Rebuttal Witness List | Within 30 days of Exchange of Rebuttal Witness List, or November 14, 2022 |
| Proposed Final Pretrial Order | 21 days before Pretrial Conference | 21 days before Pretrial Conference |
| Jury Instructions, Voir Dire and Special Verdict Forms | 21 days before Pretrial Conference | 21 days before Pretrial Conference |
| Pretrial Conference | September 2022 | January 2023 |
| Trial (5 Days) | September 2022 | Late January 2023 |

POTTER ANDERSON & CORROON LLP

/s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
    *Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
amoshos@morrisnichols.com
    *Attorneys for Defendant*

August 19, 2021

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE