# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | C. A. No.18-1018-CFC-MPT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs British Telecommunications plc and BT Americas, Inc. and Defendant Fortinet, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action and all asserted claims and counterclaims with prejudice.

It is further stipulated that each party will bear its own costs, expenses, and attorney's fees in connection with this action.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com | By: */s/ Brian P. Egan* <br> Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com |
| OF COUNSEL: <br><br> Baldassare Vinti <br> Nolan M. Goldberg <br> Stephanie A. Diehl <br> PROSKAUER ROSE LLP <br> Eleven Times Square <br> New York, New York 10036 <br> (212) 969-3000 | OF COUNSEL: <br><br> Robert A. Van Nest <br> Leo L. Lam <br> Erin E. Meyer <br> Connie P. Sung <br> Anna Porto <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> (415) 391 5400 |
| *Attorneys for Plaintiffs British Telecommunications plc and BT Americas, Inc.* | *Attorneys for Defendant Fortinet, Inc.* |

SO ORDERED this _____ day of _____ 202__.

_____
The Honorable Colm F. Connolly
Chief United States District Judge

2