AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| **PLAINTIFF**<br>BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC. | | **DEFENDANT**<br>FORTINET, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,159,237 B2 | 1/2/2007 | BT AMERICAS, INC. |
| 2 | US 7,895,641 B2 | 2/22/2011 | BT AMERICAS, INC. |
| 3 | US 7,370,358 B2 | 5/6/2008 | BRITISH TELECOMMUNICATIONS PLC |
| 4 | US 7,693,971 B2 | 4/6/2010 | BRITISH TELECOMMUNICATIONS PLC |
| 5 | US 7,774,845 B2 | 8/10/2010 | BRITISH TELECOMMUNICATIONS PLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See D.I. 161, Stipulation of Dismissal with Prejudice |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John A. Cerino, Clerk | /s/ K. Davis | 1/4/2022 |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy